## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:21-CV-00333-RJC-DSC

| | | |
|---|---|---|
| **JESUS GUERRERO et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **BANK OF AMERICA N.A.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

      **THIS MATTER** is before the Court on the "Motion for Admission *Pro Hac Vice* and Affidavit [for Sophia Rios]" (document #23) filed October 26, 2021. For the reasons set forth therein, the Motion is **GRANTED**.

      The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Robert J. Conrad, Jr.

      **SO ORDERED**.

Signed: October 26, 2021

_____

David S. Cayer
United States Magistrate Judge