# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| MAUREEN YOUNG and RACHELLE BLAKE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A.,<br><br>Defendant. | Case No. 3:21-cv-00333-RJC-WCM |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Maureen Young and Rachelle Blake ("Plaintiffs") and Defendant Bank of America, N.A., by and through their counsel, hereby stipulate and agree to the dismissal with prejudice of the above-captioned action, with each party to bear their own fees and costs.

Date: July 10, 2024

/s/John G. Albanese
E. Michelle Drake*
John G. Albanese*
Ariana B. Kiener*
BERGER MONTAGUE PC
1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
T. 612.594.5999
F. 612.584.4470
emdrake@bm.net
jalbanese@bm.net
akiener@bm.net
*pro hac vice*

Daniel K. Bryson, N.C. Bar No. 15781
Patrick M. Wallace, N.C. Bar No. 48138

MILBERG COLEMAN BRYSON PHILLIPS
GROSSMAN PLLC
900 W Morgan Street
Raleigh NC 27603
T. 919-600-5000
F. 919-600-5035
dbryson@milberg.com
pwallace@milberg.com

*Counsel for Plaintiffs*

/s/Nader S. Raja
Nader S. Raja, N.C. Bar No. 41540
Valecia M. McDowell, N.C. Bar No. 25341
James C. Manning, N.C. Bar No. 49372
MOORE & VAN ALLEN PLLC
100 N Tryon Street, Suite 4700
Charlotte, NC 28202
T. 704-331-1000
F. 704-339-5895
naderraja@mvalaw.com
valeciamcdowell@mvalaw.com
jimmanning@mvalaw.com

*Counsel for Defendant*